FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y
★ FEB 19 2008
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

Salvatore Di Bartolo
454 Woodward ave
Queens NY 11385

                    Plaintiff

    - against-

A- STATE OF NEW YORK
Micheal Cordoso
100 church street. New York,
New York 11007

                    Defendant

-------------------------------------------------------------- x

**ORDER**

CV02-0805

March 5th 2008

BLOOM, United States Magistrate Judge:

New York City Law Department, you, on order by Hon. Nina Gershon dated Feb.13th 2008 are hereby found to be in contempt.

Therefore, with-out further delay, I, with-out any written or oral explanation fine the defendant the sum of $ 36,500.000.00 payable to the:

Clerk of the Eastern District of New York 225 Cadman Plaza East Brooklyn New York 11201 within 10 days .

It is further ordered that your license to practice law in (all of our Country), be suspended until this court files a motion against you to show cause why your license should not be revoked, terminated, demolished and burned and a order, be issued for your arrest!.

**ORDERD**.

                                  -----------------------------------
                                  BLOOM.
                                  United States Magistrate Judge

Dated: March 5th 2008
Brooklyn New York