UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SALVATORE Di BARTOLO,

              Plaintiff,

    -against-

CITY OF NEW YORK,

             Defendant.
-----------------------------------------------------------x

**ORDER**

02-CV-805 (NG) (LB)

**BLOOM, United States Magistrate Judge.**

On February 6, 2002, plaintiff Salvatore Di Bartolo, appearing *pro se*, filed this action against the City of New York. By Memorandum and Order dated December 16, 2002, the Court dismissed the complaint for lack of jurisdiction. On November 30, 2007, the Court denied plaintiff's motion for reconsideration. Plaintiff now seeks several orders directing defendant to pay damages to him and to "remove this claim and any other documentation from [its] records." Plaintiff has attached a Summary of Support Account as of 01/25/2008 indicating that he is in child support arrears in the amount of $71,192.02. Plaintiff's recent submissions are attached to this Order.

Plaintiff's case in this Court has been closed since 2002 and no further action shall be taken. In light of plaintiff's numerous submissions to the Court since the case was closed, the Clerk of Court is directed to return without filing any new documents plaintiff submits under this docket number.

SO ORDERED.

_____
LOIS BLOOM
United States Magistrate Judge

Dated: Brooklyn, New York
       March 4, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

United States District Court
Eastern District of New York        ORDER TO SHOW CAUSE
225 Cadman Plaza East
Brooklyn N.Y. 11021     Plaintiff

                                                               CV02-0805

      - against-                             March 21st 2008

Micheal Cordoso
New York Law Council
100 church street. New York,
New York 11007
                         Defendant

----------------------------------------------------------- x

You Micheal Cordoso and the New York Law Department, Board Members / Partners / Associates at :100 Church Street, New York, N.Y. 11007, are hereby and with-out the consent of investigation, ordered to show cause before a tree Magistrate judge court on May 7th 2008 why under Title 18, Part I, Chapter 21/401.3 your corporation should not be fined $300,000,000.00 , payable to the clerk of the Court of the Eastern District of New York by March 1st 2008 and your licenses to practice Federal, State and City or local law be revoked until this tree judge Court render a decision on if further enforcement is necessary

Your reply must be filed with the clerk of the court in triplicates and in writing with-in 10 days

All parties which are involved have been served. Bloom,Gershon,Plaintiff,Clerk.

**ORDERD**.

                                                    -----------------------------------
                                                    Raymond J. Dearie
                                                    United States Chief Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

Salvatore Di Bartolo
454 Woodward ave
Queens NY 11385                                   **ORDER**
                         Plaintiff
                                                  CV02-0805

   - against-                                    March 5th 2008

A- STATE OF NEW YORK
Micheal Cordoso
100 church street. New York,
New York 11007
                         Defendant

------------------------------------------------------------ x

BLOOM, United States Magistrate Judge:

New York City Law Department, you, on order by Hon. Nina Gershon dated Feb.13th 2008 are hereby found to be in contempt.

Therefore, with-out further delay, I, with-out any written or oral explanation fine the defendant the sum of $ 36,500.000.00 payable to the:

Clerk of the Eastern District of New York 225 Cadman Plaza East Brooklyn New York 11201 within 10 days .

It is further ordered that your license to practice law in (all of our Country), be suspended until this court files a motion against you to show cause why your license should not be revoked, terminated, demolished and burned and a order, be issued for your arrest!.

**ORDERD.**

                                    ------------------------------------
                                    BLOOM.
                                    United States Magistrate Judge

Dated: March 5th 2008
Brooklyn New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

Salvatore Di Bartolo
454 Woodward ave
Queens NY 11385

**RECONSIDARATION and ORDER**

Plaintiff

CV02-0805

- against-

Feb. 13th 2008

A- STATE OF NEW YORK
Micheal Cordoso
100 church street. New York,
New York 11007

Defendant

------------------------------------------------------------ x

GERSHON, United States Civil Judge:

State of New York, you are hereby **ORDERED** to pay the plaintiff, Salvatore Di Bartolo SS #. 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 of 454 Woodward Av. Ridgewood New York 11385 for compensation of all financial and emotional damages irising for the mistake, ( a fact which have taken place with offered documentation presented in support of all filed motions ) on this 13th day of February of the year 2008 , I Honorable Nina Gershon do at this time make my **final order** and award the plaintiff to the sum of : $1,000,000.00 payable by the 19th day of February 2008. If the defendant have any objection to this **ORDER**, the defendant may have his **assistant** fax me a letter so that I may place it into consideration and grant you additional time to mislead this court. This order will be enforced by Hon: BLOOM

**IT IS SO ORDERD.**

----------------------------------
Nina Gershon
United States Civil Judge

Dated: February 13th 2008

EASTER DISTRICT OF NEW YORK

Salvatore Di Bartolo
454 Woodward ave
Queens NY 11385

CV02-0805

- vs -   Plaintiff

FEB.5 -2008

A- STATE OF NEW YORK
B-CITY OF NEW YORK
D- HUMAN resources ADMINISTRATION
Micheal Cordoso
100 church street.   Defendant

---------------------------------------------------------------- x

NYC CHILD SUPPORT PROCESSING CENTER.
     Po box 15368
Albany NY 12212-5368

You are hereby ORDERED to remove this claim and any other documentation

from your records.

If you have any other further question in relation with this case, you may write

to Hon. Nina Gershon USDJ, at the Easter District of New York 225 Cadman Plaza

East Brooklyn New York 11201. And have the DMV replace my driver licenses.

                                                              Salvatore Di Bartolo

A copy is mailed to the office of the clerk.

*You may order now Hon; Nina Gershon.*

RESPNYC - 161761   RA010   171   66

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15368
ALBANY NY 12212-5368

**SUMMARY OF SUPPORT ACCOUNT
AS OF 01/25/2008**

**Account Number:
NM59377S1**

*Mail **Inquiries** to the address above.*

**Support Due To:**
DIBARTOLO, EILEEN

#BWNMVWF
#RSPB 0000 1971 4089#
DIBARTOLO, SALVATORE
454 WOODWARD AVENUE   #3R
QUEENS NY 11385

*Mail **Payments** to the address below.*
NYS CHILD SUPPORT PROCESSING CENTER
P.O. BOX 15363
ALBANY NY 12212-5363

$1,000,000.00

| | | DATE OF COLLECTION AND PAYMENT AMOUNT: | Next Payment Due Dates: | |
|---|---|---|---|---|
| Previous Past Due Balance: | $70,769.18 | | | |
| Obligations Charged: | $320.00 | | | |
| Interest Charged: | $102.84 | | | |
| Payments Received: | $0.00 | | 01/30 | 02/20 |
| New Past Due Balance: | $71,192.02 | | | |
| TOTAL ARREARS OWED: | $71,192.02 | | 02/06 | 02/27 |
| Current Obligation: | $80.00 Weekly | Payments received after the summary "As Of" date will appear on next month's statement. | 02/13 | 03/05 |
| Arrears Obligation: | $0.00 Weekly | | | |

**IMPORTANT INFORMATION**

YOU MUST INCLUDE ONE OF THE ATTACHED COUPONS WITH EACH OF YOUR PAYMENTS TO ENSURE YOU RECEIVE PROPER CREDIT FOR YOUR PAYMENTS. PAY AT LEAST THE AMOUNT SHOWN ON THE COUPON BELOW "PAY THIS AMOUNT".

---

RESPNYC - 161761   66

**You MUST return the attached coupon with your payment to ensure you receive proper credit.**

Support Payments must be received by the Support Collection Unit on or before the due date to prevent enforcement action which may require you to appear in court. Failure to make support payments on time will result in further enforcement action including suspension of your driver's and/or professional licenses and seizure of your personal property.

**MAIL PAYMENTS TO:**
NYS CHILD SUPPORT PROCESSING CENTER
P.O. BOX 15363
ALBANY NY 12212-5363

Make your check or money order payable to:
NYS CHILD SUPPORT PROCESSING CENTER

**PLEASE DO NOT SEND CASH**

| Account Number: | NM59377S1 |
|---|---|
| Support Payer: | DIBARTOLO, SALVATORE |
| Support Due To: | DIBARTOLO, EILEEN |
| Current Obligation: | $80.00   Weekly |
| Arrears Obligation: | $0.00   Weekly |

**To be compliant with your court order,
YOU MUST RECORD YOUR CHANGE OF ADDRESS HERE**

Print Change of Address Here

*Do not write above this line except to submit an address change.*

**PAY THIS AMOUNT
$80.00**

*If no payment amount is shown above pay at least the amount of the current or arrears obligation as they become due.*

Include this coupon with your payment.
Do NOT fold, staple or mutilate.
Please record your account number on the check.

AMOUNT ENCLOSED  $

LM3NB3 07/07/03

150  66  232259377281  008000  7